## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:06CR00454 HEA |
| v. | ) |
| | ) |
| KEVIN McDANIEL, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 18, 2006, defendant Kevin McDaniel entered into a Plea

Agreement with the United States in which the Defendant agreed that he had obtained

$93,800.77 in proceeds from the offense(s) alleged in Count(s) I and VI of the Indictment, for

which the Defendant has been convicted, and

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture

which would consist of a personal money judgment against the Defendant in the amount of

$93,800.77, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the

extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

the Defendant shall forfeit to the United States the sum of $93,800.77 pursuant to Title 18,

United States Code, Section 982.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $93,800.77 to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward certified copies of this Order to the United States Attorney's Office.

SO ORDERED:

Dated:
12·/2·96

HENRY E. AUTRY
UNITED STATES DISTRICT JUDGE

2